# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0744
_____

SALILA JOSEPH,

Appellant,

v.

COURTYARD BY MARRIOT/MEMIC
INDEMNITY COMPANY,

Appellees.

_____


On appeal from an order of the Judge of Compensation Claims.
Carol J. Stephenson, Judge.

Date of Accident: February 27, 2018.

September 19, 2019


PER CURIAM.

AFFIRMED.

RAY, C.J., and LEWIS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Divya Khullar of Khullar, P.A., Tamarac, for Appellant.

Brian A. Dominguez and Scott A. Cole of Cole, Scott & Kissane, P.A., Miami, for Appellees.